UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L. T. Tucker, Jr.,

    Plaintiff,                                    Case No. 09-12942

v.                                                  Hon. Nancy G. Edmunds

J. Shaheen, Prison Guard,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's Application to Proceed Without Prepayment of Fees and Costs is DENIED pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and Plaintiff has thirty (30) days from the date of this Order to submit the entire filing fee or suffer dismissal without prejudice of this case.

       SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated:  September 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2009, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager